UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br>　v.<br><br>LOFTUS LAND CO., a California Corporation;<br><br>UKA'S BIG SAVER FOODS, INC, a California Corporation;<br><br>and Does 1-10,<br><br>　　　　Defendants. | Case: CV14-07869-CBM-(JPRx)<br><br>**ORDER**<br><br>**[JS-6]** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: Dec. 19, 2014

　　　　　　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1